Sandra BANKS, Plaintiff–Appellant,

v.

WAL-MART STORES TEXAS, L.L.C.;
Wal-Mart Stores, Incorporated,
Defendants–Appellees.

No. 16-20614
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 1, 2017

Scot G. Dollinger, Dollinger Law, Houston, TX, for Plaintiff-Appellant

John Andrew Ramirez, Manuel Arturo Cabrera, Bush & Ramirez, P.L.L.C., Houston, TX, for Defendants-Appellees

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Sandra Banks appeals a summary judgment dismissing her claim in this ordinary

* Pursuant To 5TH CIR. R. 47.5, the Court Has Determined That This Opinion Should Not Be

slip-and-fall case. The district court issued a comprehensive and detailed twenty-three-page opinion that carefully examined the record, the facts, and the applicable law that Texas courts apply to similar matters. We cannot improve on the district court's explication, which demonstrates why summary judgment is appropriate.

On appeal, Banks raises a new issue, claiming that Wal-Mart's and its employee's "credibility is called into question by Wal-Mart [*sic*] failing to save material video evidence." She "may not assert it for the first time on appeal." *Miller v. Am. Strategic Ins. Corp.*, 2016 U.S. App. LEXIS 21731, at *4 (5th Cir. Dec. 6, 2016) (per curiam) (footnote omitted).

The summary judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.